FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 MAY 15 AM 9:32

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:23-cr-00056 |
| | : | JUDGE DLOTT |
| Plaintiff, | : | **INFORMATION** |
| | : | |
| v. | : | 18 U.S.C. § 1952(a)(1) |
| | : | 18 U.S.C. § 2 |
| GARY LEWIS CANTOR, | : | |
| a/k/a "TheRealXFC" | : | |
| | : | |
| Defendant. | : | **Notice of Forfeiture** |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

**COUNT 1**
**(Interstate Travel in Aid of Racketeering Enterprises)**

On or about the 20th day of November, 2018, in the Southern District of Ohio and elsewhere, defendant **GARY LEWIS CANTOR, a/k/a "TheRealXFC,"** used a facility in interstate commerce, namely the internet, with the intent to distribute the proceeds of an unlawful activity, namely, Engaging in a Monetary Transaction in Property Derived From Specified Unlawful Activity in violation of 18 U.S.C. § 1957(a), and thereafter performed and attempted to perform an act to distribute the proceeds of such unlawful activity.

**In violation of Title 18, United States Code, § 1952(a)(1).**

**FORFEITURE ALLEGATION**

Upon conviction of the offense set forth in Count 1 of this Information, the defendant, **GARY LEWIS CANTOR, a/k/a "TheRealXFC"**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

**SUBSTITUTE ASSETS**

If any of the above-described forfeitable property, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant, up to the value of the property described above.

KENNETH L. PARKER
United States Attorney

*Karl P. Kadon*
KARL P. KADON
Assistant United States Attorney
Southern District of Ohio